[No. 41767-3-I.    Division One.    November 16, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. P.S.V., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-03794-0, Georgina D. Sierra, J. Pro Tem., entered November 4, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41878-5-I.    Division One.    November 16, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. J.N., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-05425-9, James Doerty, J. Pro Tem., entered November 19, 1997. *Reversed* by unpublished per curiam opinion.

[No. 42177-8-I.    Division One.    November 16, 1998.]

TED L. MANSFIELD, *Appellant*, v. COLIN STEVENS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-10962-6, Dale B. Ramerman, J., entered January 23, 1998. *Reversed* by unpublished per curiam opinion.

[No. 15582-0-III.    Division Three.    November 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL PARKER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-1-01351-2, Thomas E. Merryman, J., entered March 4, 1996. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Kato, JJ.